```
1    TIFFANY & BOSCO                    IT IS HEREBY ADJUDGED
            P.A.                         and DECREED this is SO
2    2525 EAST CAMELBACK ROAD            ORDERED.
3    SUITE 300                           The party obtaining this order is responsible for
                                         noticing it pursuant to Local Rule 9022-1.
4    PHOENIX, ARIZONA 85016              Dated: October 21, 2010
     TELEPHONE: (602) 255-6000
5    FACSIMILE: (602) 255-0192
```



_____
**RANDOLPH J. HAINES**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-25990

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 0:10-bk-29305-RJH |
| Jordan Alexander Barson and Misty Dawn Barson<br>        Debtors. | Chapter 7 |
| Wells Fargo Bank, N.A.<br>        Movant,<br>     vs. | ORDER<br><br>(Related to Docket #15) |
| Jordan Alexander Barson and Misty Dawn Barson, Debtors, William E. Pierce, Trustee.<br><br>        Respondents. | |

   Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

   IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated June 25, 2007 and recorded in the office of the Mohave County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Jordan Alexander Barson and Misty Dawn Barson have an interest in, further described as:

> Lot Eight (8), Block Two (2), CRESTVIEW KNOLLS, UNIT II, TRACT 1970, according to the plat thereof, recorded November 9, 2001, at Fee No. 2001-68617, in the office of the County Recorder of Mohave County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.